IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

JOAN UNREIN,

        Plaintiff,

v.

PHC-Fort Morgan, Inc., d/b/a COLORADO PLAINS MEDICAL CENTER

        Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 *et seq.*, Defendant PHC-Fort Morgan, Inc. d/b/a Colorado Plains Medical Center ("Defendant"), hereby files this Notice of Removal to remove this action, which was filed in the District Court for Morgan County, Colorado, to this Court. In support of this Notice of Removal, Defendant states the following:

1. This action was commenced on October 26, 2017 in the District Court of Morgan County, Colorado, styled as <u>Joan Unrein v. PHC-Fort Morgan, Inc. d/b/a Colorado Plains Medical Center</u>, Case Number 17CV030084. A copy of all process and pleadings filed in the District Court of Morgan County, Colorado and served on Defendant are attached hereto as <u>Exhibits A-E</u>.

2. Defendant first received notice of this action through service on its registered agent on November 8, 2017. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

3. There are no pending hearings in the state court action.

4. This action is removed on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331.

5. Plaintiff asserts claims for disability discrimination and retaliation under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq. (Compl. at ¶¶ 47-67). Specifically, Plaintiff alleges Defendant "discriminated against Plaintiff because of her disability in violation of the Americans with Disabilities Act of 1990, as amended, by refusing to provide reasonable accommodations or even engage in the interactive process, and by discharging her from her employment" (Compl. at ¶ 57) and "retaliated against Ms. Unrein after she reported disability discrimination and filed a Charge of Discrimination by refusing to engage in the interactive process, refusing to accommodate her disability, and subsequently terminating her." (Compl. at ¶ 64). Plaintiff also asserts claims for disability discrimination and retaliation under the Colorado Anti-Discrimination Act ("CADA"). (Compl. at ¶¶ 27-46).

6. This Court therefore has jurisdiction under the provisions of 28 U.S.C. § 1331 and this matter is one which may be removed to this Court.

7. The venue of this action is proper pursuant to 28 U.S.C. § 1441(a) in this Court that embraces Morgan County, Colorado, the place where the state court action was pending.

8. Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal are being served on Plaintiff's counsel and upon the District Court Clerk of Morgan County, Colorado via the Colorado Courts E-Filing system. A copy of the Notice of Filing Notice of Removal to be filed in Morgan County District Court is attached as <u>Exhibit F</u>.

9. Pursuant to D.C.COLO.LCivR 81(b), Defendant, within fourteen days of this filing, will file (as separate docket entries in this Court) a current docket sheet as well as each pending motion, petition, and related response, reply, and brief.

By filing this Notice of Removal, Defendant does not waive, either expressly or impliedly, its respective rights to assert any defense it could have asserted in the District Court of Morgan County, Colorado, to the United States District Court for the District of Colorado. Defendant reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant requests this civil action be removed in its entirety from the District Court for Morgan County, Colorado, to the United States District Court for the District of Colorado; this Court assume full jurisdiction of this cause; and this Court take all further action deemed just and proper.

Dated November 28, 2017

/s/ Michael A. Freimann
Michael A. Freimann
BROWNSTEIN HYATT FARBER SCHRECK, LLP
417 Seventeenth Street, Suite 2200
Denver, Colorado 80202-4432
Phone: 303-223-1100
Email:   mfreimann@bhfs.com

*Attorney for PHC-Fort Morgan, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November 2017, I electronically filed a true and correct copy of the foregoing **NOTICE OF REMOVAL** with the Clerk of Court via the CM/ECF system which will send notification of such filing and service upon registered users.

I further certify I emailed a copy of the foregoing document to counsel of record at the below email address:

Kelli Riley, Esq.
Riley Law, LLC
2005 West 9th Street
Suite 6
Greeley, CO 80631
Email: Kelli@RileyLawLLC.com

*Counsel for Plaintiff*

/*s/ Paulette M. Chesson*
Paulette M. Chesson, Paralegal
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303-223-1100

16174594